# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:17−mj−00475−MDG All Defendants

Case title: USA v. Nagi Mohamed et al

Date Filed: 05/24/2017

Assigned to: Magistrate Judge Marilyn D. Go

**Defendant (1)**

**Salah Manour Nagi Mohamed**

represented by **Len H. Kamdang**
Federal Defenders of New York Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718)407−7414
Fax: (718)855−0760
Email: len_kamdang@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

Assigned to: Magistrate Judge Marilyn D. Go

**Defendant (2)**

**Kamal Zaki Qazah**

represented by **William David Sarratt**
Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
212−909−6000
Fax: 212−909−6836
Email: dsarratt@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **Sarah Evans**
US Attorney's Office for the Eastern District of New Yo
271a Cadman Plaza East
Brooklyn, NY 11201
718−254−6490
Fax: 718−254−6076
Email: sarah.evans@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/24/2017 | 1 | 4 | RULE 40 AFFIDAVIT / removal complaint to the Western District of Virginia by USA as to Salah Manour Nagi Mohamed, Kamal Zaki Qazah (Yuen, Sui−May) (Entered: 05/25/2017) |
| 05/24/2017 | 2 | 17 | Minute Entry for proceedings held before Magistrate Judge Marilyn D. Go:Initial Appearance in Rule 5(c)(3) Proceedings as to Salah Manour Nagi |

| | | | |
|---|---|---|---|
| | | | Mohamed, Kamal Zaki Qazah held on 5/24/2017, Attorney Appointment of federal defender Len Kamdang for defendant Salah Manour Nagi Mohamed, and cja counsel William Sarrat for defendant Kamal Zaki Qazah held on 5/24/2017. AUSA Sarah Evans present. Clerk F Chin − " Defendants arraigned on a removal complaint to the WD of VA. Dfse counsels seeks to have Rule 20 proceedings condicted in EDNY. Govt informs the court that they will reach out to the other district on the possibility. Temporary order of detention entered. Bail hearing set 5/31/17 at 11am." (Tape #3;29−3;36.) (Yuen, Sui−May) (Entered: 05/25/2017) |
| 05/24/2017 | 3 | 19 | TEMPORARY COMMITMENT Issued as to Salah Manour Nagi Mohamed (Yuen, Sui−May) (Entered: 05/25/2017) |
| 05/24/2017 | 4 | 20 | TEMPORARY COMMITMENT Issued as to Kamal Zaki Qazah (Yuen, Sui−May) (Entered: 05/25/2017) |
| 05/24/2017 | 5 | 21 | CJA 23 Financial Affidavit by Kamal Zaki Qazah (Yuen, Sui−May) (Entered: 05/25/2017) |
| 05/24/2017 | 6 | 22 | CJA 20 as to Kamal Zaki Qazah: Appointment of Attorney William David Sarratt for Kamal Zaki Qazah.. Ordered by Magistrate Judge Marilyn D. Go on 5/24/2017. (Yuen, Sui−May) (Entered: 05/25/2017) |
| 05/31/2017 | 7 | 23 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Bond Hearing as to Salah Manour Nagi Mohamed held on 5/31/2017, Detention Hearing as to Salah Manour Nagi Mohamed held on 5/31/2017. Clerk M. Sica. AUSA Sarah Evans present. Dft present w/federal defender Len Kamdang. Waiver of removal entered. No bail package present. Commitment to the district of West Virginia entered. (Log # 5/31/17 11:40−11:48.) (Chin, Felix) (Entered: 06/01/2017) |
| 05/31/2017 | 8 | 24 | COMMITMENT TO ANOTHER DISTRICT as to Salah Manour Nagi Mohamed. Defendant committed to the Western District of Virginia. Ordered by Magistrate Judge Lois Bloom on 5/31/2017. (Chin, Felix) (Entered: 06/01/2017) |
| 05/31/2017 | 9 | 25 | WAIVER of Rule 5(c)(3) Hearing by Salah Manour Nagi Mohamed (Chin, Felix) (Entered: 06/01/2017) |
| 05/31/2017 | 10 | 26 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Bond Hearing as to Kamal Zaki Qazah held on 5/31/2017, Detention Hearing as to Kamal Zaki Qazah held on 5/31/2017. Clerk M. Sica. AUSA Sarah Evans present. Dft present w/cja counsel David Sarratt. Waiver of removal entered. No bail package. Commitment to the district of West Virginia entered. (Log # 5/31/17 11:40−11:48.) (Chin, Felix) (Entered: 06/01/2017) |
| 05/31/2017 | 11 | 27 | COMMITMENT TO ANOTHER DISTRICT as to Kamal Zaki Qazah. Defendant committed to the Western District of Virginia. Ordered by Magistrate Judge Lois Bloom on 5/31/2017. (Chin, Felix) (Entered: 06/01/2017) |
| 05/31/2017 | 12 | 28 | WAIVER of Rule 5(c)(3) Hearing by Kamal Zaki Qazah (Chin, Felix) (Entered: 06/01/2017) |

JAP:SME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed" and

KAMAL ZAKI QAZAH,

Defendants.

– – – – – – – – – – – – – X

AFFIDAVIT IN SUPPORT OF REMOVAL TO THE WESTERN DISTRICT OF VIRGINIA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

ROBERT HERRERA, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

On or about May 4, 2017, an arrest warrant was issued by the United States District Court for the Western District of Virginia commanding the arrest of the defendant SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed," pursuant to a complaint charging him with escape from a federal prison in violation of 18 U.S.C. § 751(a).

On or about May 4, 2017, an arrest warrant was issued by the United States District Court for the Western District of Virginia commanding the arrest of the defendant KAMAL ZAKI QAZAH pursuant to a complaint charging him with escape from a federal prison in violation of 18 U.S.C. § 751(a).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about May 4, 2017, the United States District Court for the Western District of Virginia issued two arrest warrants commanding the arrest of the defendants SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed," and KAMAL ZAKI QAZAH, respectively, pursuant to complaints charging the defendants with escape from a federal prison, in violation of 18 U.S.C. § 751. Copies of the complaint and arrest warrant for SALAH MANOUR NAGI MOHAMED are attached hereto as Exhibit A. Copies of the complaint and arrest warrant for KAMAL ZAKI QAZAH are attached hereto as Exhibit B.

2. On or about May 23, 2017, Deputy United States Marshals arrested the defendants SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed," and KAMAL ZAKI QAZAH in Mexico City, Mexico. The defendants confirmed their identities upon arrest.

3. Photographs from the defendants' arrests and convictions in the Western District of Virginia were provided to the Deputy United States Marshals in Mexico. The individuals shown in those photographs appear to be the defendants. Additionally, photographs of the defendants were taken upon their arrest in Mexico and sent to the United States Marshals Service in the Western District of Virginia. Deputy United States Marshals in the Western District of Virginia viewed these photographs and confirmed that the

[1] Because the purpose of this Affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all the relevant facts and circumstances of which I am aware.

defendants are the same individuals subject to the complaints and arrest warrants attached as Exhibits A and B.

4. Additionally, the defendants' fingerprints were taken upon their arrest in Mexico. Those fingerprints were compared to fingerprints on file from the defendants' underlying convictions. That comparison indicated that the fingerprints of the defendants are the fingerprints of the defendants SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed," and KAMAL ZAKI QAZAH.

5. On or about May 24, 2017, the defendants SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed," and KAMAL ZAKI QAZAH arrived at John F. Kennedy International Airport in Queens, New York in the custody of the United States Marshals Service.

WHEREFORE, your deponent respectfully requests that the defendants SALAH MANOUR NAGI MOHAMED, also known as "Salah Mohamed," and KAMAL ZAKI QAZAH be removed to the United States District Court for the Western District of Virginia so that they may be dealt with according to law.

________________________________
ROBERT HERRERA
Deputy Marshal
United States Marshals Service

Sworn to before me this
24th day of May, 2017

________________________________
THE HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

Exhibit A

AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

8717955
1784-0563-2262-A

United States of America
v.
Salah Manour Nagi MOHAMED
A.K.A Salah MOHAMED
*Defendant*

Case No. 2:17mj9

RECEIVED MAY - 4 2017 U.S. MARSHAL ABINGDON, VA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Salah Manour Nagi MOHAMED,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 751 (a) ESCAPE FROM FEDERAL PRISON (USP LEE)

Date: 05/04/2017

Pamela Meade Sargent
*Issuing officer's signature*

City and state: Abingdon, Virginia

Honorable Pamela M. Sargent, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/4/17, and the person was arrested on *(date)* ______
at *(city and state)* ______

COPY

Date: ______

*Arresting officer's signature*

*DO NOT EXECUTE*

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
MAY - 4 2017
JULIA C. DUDLEY, CLERK
BY: A. Blaylock
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Salah Mansour Nagi MOHAMED
A.K.A. Salah MOHAMED

*Defendant(s)*

Case No. 2:17mj9

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 05/03/2017 in the county of Lee in the Western District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 751 (a) | ESCAPE FROM FEDERAL PRISON (USP LEE) |

This criminal complaint is based on these facts:

Please see attachment A.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Jim Satterwhite, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/04/2017

[signature: Pamela Meade Sargent]
*Judge's signature*

City and state: Abingdon, Virginia

Honorable Pamela M. Sargent, USMJ
*Printed name and title*

Case 1:17-mj-00475-MDG Document 31 Filed 06/12/17 Page 10 of 28 PageID #: 735

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## Attachment A

RE: Kamal Zaki QAZAH 26888-058

Salah MOHAMED 79212-083

(1) I, James R. Satterwhite, III, do hereby swear and depose the following:

(2) I am a Deputy United States Marshal of the United States Marshals Services and have been so employed since October 2005 and assigned to the Western District of Virginia, Abingdon Division. I am a graduate of the Federal Law Enforcement Training Academy and the United States Marshals Service Basic Deputy and Investigator Academy. In my capacity as a Deputy United States Marshal, I am educated in Federal and State Criminal Law and I'm responsible for enforcing the same pursuant to the United States Constitution, Federal Criminal Code, and the Criminal Code of the Commonwealth of Virginia. The United States Marshals Service is an agency of the Executive Branch of the United States government and is charged with apprehending fugitives from justice.

(3) On 01/22/2014, Kamal Zaki QAZAH (DOB:08/16/1979) was sentenced to an active period of federal incarceration of 216 months in the Western District of North Carolina, Charlotte Division, for his conviction of Money Laundering, Conspiracy to Commit Money Laundering, Transporting Stolen Goods by Interstate and Conspiracy to Transport Stolen Goods. On 03/30/2016, his sentence was reduced to 172 months of active incarceration, which he was serving at the camp located at United States Penitentiary Lee (USP Lee), in Pennington Gap, Virginia.

(4) On 05/18/2012, Salah Mansour Nagi MOHAMED (DOB: 09/04/1981) was sentenced to an active period of federal incarceration of 246 months in the Eastern District of Virginia, Richmond Division, for his conviction of Conspiracy and Possession with Intent to Distribute Cocaine. MOHAMED was also currently serving his sentence at the camp located at USP Lee.

(5) On 05/03/2017, USP Lee notified the United States Marshals Service (USMS), Western District of Virginia, Abingdon Division that federal inmates QAZAH and MOHAMED had escaped from USP Lee by walking off the property without prior authorization. The escape was apparent to the facility when neither inmate returned or was present during prisoner count. It's believed the duo fled sometime in the early morning hours of 05/03/2017.

(6) Currently, the USMS is conducting a fugitive investigation into the location and apprehension of both federal inmates, who have not satisfied their active sentences per the Federal Bureau of Prisons.

(7) Based on the facts and information presented above, I believe there is probable cause to believe Kamal QAZAH and Salah MOHAMED committed a violation of Title 18, United States Code, Section 751 (a), Escaping a Federal Institution and I respectfully request that a warrant for their arrest be issued.

James R. Satterwhite, III
Deputy United States Marshal

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 4th DAY OF May, 2017.

Pamela Meade Sargent

HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES DISTRICT COURT IN THE
WESTERN DISTRICT OF VIRGINIA

Exhibit B

AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

2204232
1784-0503-2261-A

United States of America
v.
Kamal Zaki QAZAH

*Defendant*

Case No. 2:17mj8

RECEIVED MAY - 4 2017 U.S. MARSHAL ABINGDON, VA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kamal Zaki QAZAH, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 751 (a) ESCAPE FROM FEDERAL PRISON (USP LEE)

Date: 05/04/2017

Pamela Meade Sargent
*Issuing officer's signature*

City and state: Abingdon, Virginia

Honorable Pamela M. Sargent, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/04/17, and the person was arrested on *(date)* ____________ at *(city and state)* ____________

COPY

Date: ____________

*Arresting officer's signature*

*DO NOT EXECUTE*

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
MAY - 4 2017
JULIA C. DUDLEY, CLERK
BY: A. Blaylock
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
Kamal Zaki QAZAH

*Defendant(s)*

Case No. 2:17mj8

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 05/03/2017 in the county of Lee in the Western District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 751 (a) | ESCAPE FROM FEDERAL PRISON (USP LEE) |

This criminal complaint is based on these facts:

Please see attachment A.

☑ Continued on the attached sheet.

*Complainant's signature*

Jim Satterwhite, Deputy US Marshal

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/04/2017

*Judge's signature*

City and state: Abingdon, Virginia

Honorable Pamela M. Sargent, USMJ

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**Attachment A**

RE: Kamal Zaki QAZAH 26888-058

Salah MOHAMED 79212-083

(1) I, James R. Satterwhite, III, do hereby swear and depose the following:

(2) I am a Deputy United States Marshal of the United States Marshals Services and have been so employed since October 2005 and assigned to the Western District of Virginia, Abingdon Division. I am a graduate of the Federal Law Enforcement Training Academy and the United States Marshals Service Basic Deputy and Investigator Academy. In my capacity as a Deputy United States Marshal, I am educated in Federal and State Criminal Law and I'm responsible for enforcing the same pursuant to the United States Constitution, Federal Criminal Code, and the Criminal Code of the Commonwealth of Virginia. The United States Marshals Service is an agency of the Executive Branch of the United States government and is charged with apprehending fugitives from justice.

(3) On 01/22/2014, Kamal Zaki QAZAH (DOB:08/16/1979) was sentenced to an active period of federal incarceration of 216 months in the Western District of North Carolina, Charlotte Division, for his conviction of Money Laundering, Conspiracy to Commit Money Laundering, Transporting Stolen Goods by Interstate and Conspiracy to Transport Stolen Goods. On 03/30/2016, his sentence was reduced to 172 months of active incarceration, which he was serving at the camp located at United States Penitentiary Lee (USP Lee), in Pennington Gap, Virginia.

(4) On 05/18/2012, Salah Mansour Nagi MOHAMED (DOB: 09/04/1981) was sentenced to an active period of federal incarceration of 246 months in the Eastern District of Virginia, Richmond Division, for his conviction of Conspiracy and Possession with Intent to Distribute Cocaine. MOHAMED was also currently serving his sentence at the camp located at USP Lee.

(5) On 05/03/2017, USP Lee notified the United States Marshals Service (USMS), Western District of Virginia, Abingdon Division that federal inmates QAZAH and MOHAMED had escaped from USP Lee by walking off the property without prior authorization. The escape was apparent to the facility when neither inmate returned or was present during prisoner count. It's believed the duo fled sometime in the early morning hours of 05/03/2017.

(6) Currently, the USMS is conducting a fugitive investigation into the location and apprehension of both federal inmates, who have not satisfied their active sentences per the Federal Bureau of Prisons.

(7) Based on the facts and information presented above, I believe there is probable cause to believe Kamal QAZAH and Salah MOHAMED committed a violation of Title 18, United States Code, Section 751 (a), Escaping a Federal Institution and I respectfully request that a warrant for their arrest be issued.

James R. Satterwhite, III
Deputy United States Marshal

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 4th DAY OF May, 2017.

Pamela Meade Sargent

HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES DISTRICT COURT IN THE
WESTERN DISTRICT OF VIRGINIA

Case 1:17-mj-00475-MDG Document 3 Filed 05/31/17 Page 17 of 28 PageID #: 42

# INITIAL APPEARANCE CALENDAR

Magistrate Judge : **Marilyn D. Go** Date: **5/24/17**

Magistrate Case Number: **17-475M** LOG #: 3:29 – 3:36

Defendant's Name: **Salah Manour Nagi Mohamed**

✓ Court appointed counsel. ____ Defendant retained counsel.

Defense Counsel: **Len Kamdang** CJA:___ FDNY: ✓ RET:___

A.U.S.A. **Sarah Evans** Clerk : **Felix Chin**

Interpreter : ____________ Language: ____________

✓ ARRAIGNMENT on Complaint held. ✓ Government Agent Sworn

___ DETENTION HEARING Held: ____ Government opposed bail for reasons stated on the record.

____ Bond set at ____________. ____ Bond set on consent of both parties.

Defendant : ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by ____________

____ After detention hearing, Court orders detention in custody. ____ Leave to reopen granted

✓ Temporary Order of Detention Issued. Bail Hearing set for 5/31/17 @ 11:00 AM

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for: ____________; or ____ waived by defendant

____ Status Conference set for: ____________ before Judge ____________

____ Medical memo issued.

✓ REMOVAL (Rule 5) PROCEEDING held. To the district of: WDVA

____ Identity hearing held. Court ____ orders removal ____ denies removal

____ Defendant waives: ___ identity hearing ___ preliminary hearing

____ Identity/ Removal Hearing set for: ____________

____ No bail application presented to the Court. Commitment to the District ________ entered.

Other Comments/Rulings: Dfse counsel seeks to have Rule 20 proceedings conducted in EDNY. Govt informs the court that they will reach out to the other district on the possibility.

**INITIAL APPEARANCE CALENDAR**

Magistrate Judge : **Marilyn D. Go** Date: **5/24/17**

Magistrate Case Number: **17-475M** LOG #: 3:29 – 3:36

Defendant's Name: **Kamal Zaki Qazah**

✓ Court appointed counsel. _____ Defendant retained counsel.

Defense Counsel: **William David Sarratt** CJA: ✓ FDNY:____ RET:___

A.U.S.A. **Sarah Evans** Clerk : **Felix Chin**

Interpreter : ____________ Language: ____________

✓ ARRAIGNMENT on Complaint held. ✓ Government Agent Sworn

___ DETENTION HEARING Held: ____ Government opposed bail for reasons stated on the record.

____ Bond set at ____________. _____ Bond set on consent of both parties.

Defendant : ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by ____________

____ After detention hearing, Court orders detention in custody. _____ Leave to reopen granted

✓ Temporary Order of Detention Issued. Bail Hearing set for 5/31/17 @ 11:00 AM

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for: ____________; or _____waived by defendant

____ Status Conference set for: ____________ before Judge ____________

____ Medical memo issued.

✓ REMOVAL (Rule 5) PROCEEDING held. To the district of: WDVA

____ Identity hearing held. Court ___ orders removal ___ denies removal

____ Defendant waives: ___ identity hearing ___ preliminary hearing

____ Identity/ Removal Hearing set for: ____________

____ No bail application presented to the Court. Commitment to the District __________ entered.

Other Comments/Rulings: Dfse counsel seeks to have Rule 20 proceedings conducted in EDNY. Govt informs the court that they will reach out to the other district on the possibility.

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA

V.

Salah Mohamed
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 17-475M

Upon motion of the dft, it is ORDERED that a detention hearing is set for 5/31/17 (*Date*) * at 11:00 (*Time*) before M. Bloom (*Name of Judicial Officer*)

BROOKLYN, NEW YORK
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (__________ (*Other Custodial Official*)) and produced for the hearing.

Date: May 24, 2017

S/ Marilyn Go
Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA

V.

Kamal Qazah
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 17-475M

Upon motion of the dft, it is ORDERED that a detention hearing is set for 5/31/17 (*Date*) * at 11:00 (*Time*) before M. Bloom (*Name of Judicial Officer*)

BROOKLYN, NEW YORK
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (
(____________________ *Other Custodial Official*) and produced for the hearing.

Date: May 24, 2017

S/ Marilyn Go
Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

Case 1:17-mj-00475-MDG Document 1-3 Filed 05/24/17 Page 1 of 1 PageID #: 16

CJA 23 (Rev. 11/11)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

USA v. QAZAH

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*
Kamal Qazah

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: GO
District Court: EDNU
Court of Appeals:

CHARGE/OFFENSE *(describe if applicable & check box →)*
18 U.S.C. 751(a) - Escape from Federal Prison

☑ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Self-Employed

Name and address of employer: N/a

**IF YES,** how much do you earn per month? $ ______

**IF NO,** give month and year of last employment? ______
How much did you earn per month? $ ______

If married, is your spouse employed? ☐ Yes ☑ No

**IF YES,** how much does your spouse earn per month? $ ______

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

| IF YES, give the amount received and identify the sources | RECEIVED | SOURCES |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No **IF YES,** total amount? $ ______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

| IF YES, give value and description for each | VALUE | DESCRIPTION |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
___ Single
✓ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents: 2

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| None Reported | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT *(OR PERSON REPRESENTED)*

05/24/2017
Date

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Kamal Zaki Qazah | VOUCHER NUMBER |
|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>17-475M | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v Qazah | 8. PAYMENT CATEGORY<br>x Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>Appeal | 9. TYPE PERSON REPRESENTED<br>x Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>Other | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 U.S.C 751

12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix),* AND MAILING ADDRESS

William David Sarratt
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Telephone Number :

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

13. COURT ORDER
X O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney ☐ Y Standby Counsel

Prior Attorney's
Appointment Dates:

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appoin[ted] ...

☐ Other (See Instructions)

S| Marilyn Go

Signature of Presi[ding Judicial Officer]

05/24/2017
Date of Order

Repayment or partial repayment o[rdered] ... [t time of] appointment. ☐ YES

## CLAIM FOR SERVICES AND EXPENSES

| | CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other *(Specify on additional sheets)* | | | | | |
| | (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 16. Out of | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| | (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. | Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Lois Bloom** DATE : **5/31/2017**

DOCKET NUMBER: **17-475M** FTR # : 11:40 – 11:48

DEFENDANT'S NAME : **Salah Mohamed**
X Present ___ Not Present X Custody ___ Bail

DEFENSE COUNSEL: **Len Kamdang**
___ Federal Defender ___ CJA ___ Retained

A.U.S.A: Sarah Evans CLERK: **M. Sica**

INTERPRETER : (Language)

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

___ Bond set at ______________. Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by ______________

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for ______________

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start__________ Stop __________

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for __________ @ __________ before Judge __________

Other Rulings : Status Conference - Waiver of Removal entered. No bail package presented. Commitment to the district of West Virginia entered.

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA
V.
Salah Manour Nagi Mohamed

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 17MJ9 | 17-475M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☑ Complaint ☐ Other (specify)

**charging a violation of** 18 U.S.C. § 751

**DISTRICT OF OFFENSE** Western District of Virginia

**DESCRIPTION OF CHARGES:**

Escape from federal prison

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☑ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☐ Yes Language:

EASTERN DISTRICT OF NEW YORK

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/31/17
Date

United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America

v.

Salah Mohamed

*Defendant*

Case No. 17-MJ-479

Charging District's Case No.

17-MJ-9 (W.D.V.A.)

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ______________________________.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/31/17

x Salah mohamed
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Len Kamdang
*Printed name of defendant's attorney*

## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Lois Bloom** DATE : **5/31/2017**

DOCKET NUMBER: **17-475M** FTR # : 11:40 - 11:48.

DEFENDANT'S NAME : **Kamal Qazah**
_X_ Present ___ Not Present _X_ Custody ___ Bail

DEFENSE COUNSEL: **David Sarratt**
____ Federal Defender _X_ CJA ____ Retained

A.U.S.A: Sarah Evans CLERK: **M. Sica**

INTERPRETER : ______ (Language) ______

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

___ Bond set at ______________. Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by ______________

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for ______________

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start__________ Stop __________

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for __________ @ __________ before Judge __________

Other Rulings : Status Conference Waiver of Removal entered. No bail package. Commitment to the district of West Virginia entered.

Case 1:17-mj-00475-MDG Document 3 Filed 05/31/17 Page 27 of 28 PageID #: 52

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA
V.

Kamal Zaki Qazah

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 17 MJ 8 | 17-475M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☑ Complaint ☐ Other (specify)

**charging a violation of** 18 U.S.C. § 751

**DISTRICT OF OFFENSE** Western District of Virginia

**DESCRIPTION OF CHARGES:**

Escape from federal prison

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization ☑ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☐ Yes Language:

Eastern **DISTRICT OF** NEW YORK

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/31/17
Date

United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Case 1:17-mj-00475-MDG Document 13 Filed 05/31/17 Page 28 of 28 PageID #: 253

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
v.
KAMAL ZAKI QAZAH,
*Defendant*

Case No. 17-MJ-479

Charging District's Case No. 17-MJ-9

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5.31.17

*Defendant's signature*

*Signature of defendant's attorney*

W. DAVID SARRATT
*Printed name of defendant's attorney*