CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUL 24 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 2:17CR14 |
| SALAH MOHAMED KAMAL QAZAH | : Violations: 18 U.S.C. §§ 371 & 751 |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about and between January 1, 2017, and May 23, 2017, in the Western District of Virginia and elsewhere, SALAH MOHAMED, KAMAL QAZAH, and other persons, known and unknown to the grand jury, knowingly conspired to (a) knowingly escape from custody at United States Penitentiary Lee, an institutional facility in which (i) SALAH MOHAMED was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Virginia upon conviction for violations of 18 U.S.C. §§ 371, 1956(h) & 21 U.S.C. § 846, and (ii) KAMAL QAZAH was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of North Carolina upon conviction for violations of 18 U.S.C. §§ 371, 1956(a)(3), 1956(h), & 2315, in violation of 18 U.S.C. § 751; and (b) willfully harbor and conceal a prisoner after his escape from the custody of the Attorney General and from a Federal penal or correctional institution, in violation of 18 U.S.C. § 1072.

1. To effect the object of the conspiracy, the defendants did the following acts:

a. On or about April 25, 2017, SALAH MOHAMED spoke by telephone from the United States Penitentiary Lee County with an individual in Yemen and discussed the individual procuring forged passports for SALAH MOHAMED and KAMAL QAZAH.

b. On or about May 3, 2017, SALAH MOHAMED and KAMAL QAZAH left the confines of United States Penitentiary Lee County.

c. On or about May 23, 2017, SALAH MOHAMED and KAMAL QAZAH were located and arrested together in Mexico City, Mexico. At the time of their arrest, they possessed United States currency, forged passports from the country of Yemen, and non-prison issued clothing.

2. All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The Grand Jury charges that:

1. On or about and between May 3, 2017, in the Western District of Virginia and elsewhere, SALAH MOHAMED knowingly escaped from custody at the United States Penitentiary Lee, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment from the United States District Court for the Eastern District of Virginia upon convictions for violations of 18 U.S.C. §§ 371, 1956(h) & 21 U.S.C. § 846.

2. All in violation of Title 18, United States Code, Section 751(a).

## COUNT THREE

The Grand Jury charges that:

1. On or about and between May 3, 2017, in the Western District of Virginia and elsewhere, KAMAL QAZAH knowingly escaped from custody at the United States Penitentiary Lee, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment from the United States District Court for the Western District of North Carolina upon convictions for violations of 18 U.S.C. §§ 371, 1956(a)(3), 1956(h), & 2315.

2. All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL, this 24th day of July, 2017.

s/ Grand Jury Foreperson

RICK A. MOUNTCASTLE
Acting United States Attorney
by